IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LAWRENCE J. RUSSELL                                                                                     PLAINTIFF

v.                                        Case No. 6:24-cv-06140

CODY CASTLE; ZACHARY
DILLIARD; COOK; OFFICER
BROWN; and H STRAHAN                                                                                  DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed March 26, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 15). Judge Ford recommends that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice for failure to prosecute and failure to comply with court orders.

Plaintiff has not responded and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 15) *in toto*. Accordingly, the Court finds that Plaintiff's Complaint (ECF No. 3) should be and hereby is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and failure to comply with court orders.

**IT IS SO ORDERED**, this 6th day of May, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge